In re:  
Marie Elaine Burns  
    Debtor

Case No. 21-00230-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 12, 2021     Form ID: ntcnfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Elaine Burns, 221 Sycamore Trail, Delta, PA 17314-8745 |
| 5389008 | + | Apple Ford of Red Lion, 3250 Cape Horn Road, Red Lion, PA 17356-9073 |
| 5391756 | + | Apple Ford of Red Lion, 950 Smile Way, York, PA 17404-1725 |
| 5389009 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5389010 | + | Harrington Body Shop, 320 West Main Street, Rising Sun, MD 21911-2348 |
| 5389011 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5389013 | + | PECO Customer Solution Center, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 5389014 | + | Russell Krafft & Gruber, LLP, 930 Red Rose Court, Suite 300, Lancaster, PA 17601-1981 |
| 5389015 | + | Susquehanna Auto, Inc., 950 Hellam Street, Wrightsville, PA 17368-9660 |
| 5391280 | | Susquehanna East, Inc., 415 West Street, Quarryville, PA 17566 |
| 5389016 | + | Swiss Colony, Inc. / Ginny's, PO Box 2825, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5389019 | + | The Bank of New York Mellon, c/o Green Tree Servicing, LLC, 345 Saint Peter Street, Saint Paul, MN 55102-1211 |
| 5389020 | + | Toyota Motor Credit Company, PO Box 9013, Addison, TX 75001-9013 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 19:50:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393329 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 19:31:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5393326 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 19:31:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5389012 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 19:31:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5392109 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 19:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5389232 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2021 19:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389017 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 19:31:00 | Swiss Colony, Inc. / Midnight Velve, PO Box 2825, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5389081 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 19:46:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5389018 | | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 19:54:04 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |

| 5389021 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 12 2021 19:31:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Susquehanna East, Inc., 415 West Street, Quarryville, PA 17566 |
| 5389007 | ##+ | Affordable Propane, 863 Scotland ROad, Quarryville, PA 17566-9747 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron S Marines | on behalf of Creditor Susquehanna East  Inc. asm@rkglaw.com, hlw@rkglaw.com;dpp@rkglaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Marie Elaine Burns pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Marie Elaine Burns,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 1:21−bk−00230−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 7, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: April 14, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 12, 2021 |

ntcnfhrg (03/18)