**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Marie Elaine Burns  **Debtor 1** | **Chapter** 13 |
|---|---|
| | **Case No.** 1:21-BK-00230-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Affordable Propane<br>863 Scotland Road<br>Quarryville, PA 17566-9747 | Affordable Propane<br>1976 Bowmansville Road<br>PO Box 518<br>Adamstown, PA 19501 |

Date: June 2, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*