# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Elaine Burns <br>        Debtor(s) <br><br> The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, its successors and/or assigns <br>        Movant <br>     vs. <br><br> Marie Elaine Burns <br>        Debtor(s) <br><br> Jack N. Zaharopoulos <br>        Trustee | CHAPTER 13 <br><br><br><br> NO. 21-00230 HWV <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, which was filed with the Court on or about **July 6, 2021, docket number 40**.

                Respectfully submitted,


                /s/ Rebecca A. Solarz, Esq.
                _____
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322

Dated: August 23, 2021