# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Elaine Burns<br>    Debtor(s)<br><br>The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13<br>    Movant<br>vs.<br><br>Marie Elaine Burns<br>    Debtor(s)<br><br>and Jack N. Zaharopoulos<br>    Trustee | Chapter 13<br><br>NO. 21-00230 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on *August 19, 2021* it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 221 Sycamore Trail Delta, PA 17314.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 9, 2022