# Notice Recipients

District/Off: 0314−1         User: AutoDocketer         Date Created: 5/9/2022
Case: 1:21−bk−00230−HWV      Form ID: pdf010            Total: 3

**Recipients of Notice of Electronic Filing:**
tr      Jack N Zaharopoulos (Trustee)      info@pamd13trustee.com
aty     Paul Donald Murphy−Ahles      pmurphy@dplglaw.com
aty     Rebecca Ann Solarz      bkgroup@kmllawgroup.com

TOTAL: 3