# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Marie Elaine Burns, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−00230−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 27, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 30, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Marie Elaine Burns<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:21-BK-00230-HWV<br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, June 30, 2022, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:21-bk-00230-HWV
Middle District of Pennsylvania
Harrisburg
Fri Apr  8 14:43:24 EDT 2022

Affordable Propane
1976 Bowmansville Road
PO Box 518
Adamstown, PA 19501-0518

Apple Ford of Red Lion
3250 Cape Horn Road
Red Lion, PA 17356-9073

Apple Ford of Red Lion
950 Smile Way
York, PA 17404-1725

Marie Elaine Burns
PO Box 216
Delta, PA 17314-0216

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

Country Door
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Keri P Ebeck
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Harrington Body Shop
320 West Main Street
Rising Sun, MD 21911-2348

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Aaron S Marines
RUSSELL KRAFFT & GRUBER, LLP
930 Red Rose Court, Suite 300
Lancaster, PA 17601-1981

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

PECO Customer Solution Center
2301 Market Street
Philadelphia, PA 19103-1338

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA  98083-0788

Russell Krafft & Gruber, LLP
930 Red Rose Court, Suite 300
Lancaster, PA 17601-1981

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Susquehanna Auto, Inc.
950 Hellam Street
Wrightsville, PA 17368-9660

Susquehanna East, Inc.
415 West Street
Quarryville, PA 17566

Swiss Colony, Inc. / Ginny's
PO Box 2825
1112 7th Avenue
Monroe, WI 53566-1364

Swiss Colony, Inc. / Midnight Velve
PO Box 2825
1112 7th Avenue
Monroe, WI 53566-1364

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank / JCPenney
Attn: Bankruptcy Department
PO Box 965064
Orlando, FL 32896-5064

The Bank of New York Mellon
240 Greenwich Street
New York, NY 10286-0001

| Toyota Motor Credit Company  | Toyota Motor Credit Corporation | United States Trustee  |
| PO Box 9013 | PO Box 9013 | 228 Walnut Street, Suite 1190 |
| Addison, TX 75001-9013 | Addison, Texas 75001-9013 | Harrisburg, PA 17101-1722 |

| Webbank / Fingerhut | (p)JACK N  ZAHAROPOULOS | |
| 6250 Ridgewood Road | ATTN CHAPTER 13 TRUSTEE | |
| Saint Cloud, MN 56303-0820 | 8125 ADAMS DRIVE SUITE A | |
| | HUMMELSTOWN PA 17036-8625 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Pennsylvania Department of Revenue | (d)Susquehanna East, Inc. | (u)The Bank of New York Mellon, F/K/A The Ban |
| Bankruptcy Division PO Box 280946 | 415 West Street | |
| Harrisburg, PA  17128-0946 | Quarryville, PA 17566 | |

(u)Toyota Motor Credit Corporation

End of Label Matrix
Mailable recipients    34
Bypassed recipients     4
Total                  38