United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00230-HWV
Marie Elaine Burns  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 14, 2025      Form ID: fnldecnd      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Elaine Burns, PO Box 216, Delta, PA 17314-0216 |
| 5389007 | + | Affordable Propane, 1976 Bowmansville Road, PO Box 518, Adamstown, PA 19501-0518 |
| 5391756 | + | Apple Ford of Red Lion, 950 Smile Way, York, PA 17404-1725 |
| 5389008 | + | Apple Ford of Red Lion, 3250 Cape Horn Road, Red Lion, PA 17356-9073 |
| 5389010 | + | Harrington Body Shop, 320 West Main Street, Rising Sun, MD 21911-2348 |
| 5389013 | + | PECO Customer Solution Center, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 5389014 | + | Russell Krafft & Gruber, LLP, 930 Red Rose Court, Suite 300, Lancaster, PA 17601-1981 |
| 5389015 | + | Susquehanna Auto, Inc., 950 Hellam Street, Wrightsville, PA 17368-9660 |
| 5391280 | | Susquehanna East, Inc., 415 West Street, Quarryville, PA 17566 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2025 19:16:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5401612 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 14 2025 19:17:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5393329 | + | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 19:17:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5397975 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 14 2025 19:17:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5389009 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 14 2025 19:17:07 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5389011 | ^ | MEBN | Oct 14 2025 19:11:41 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5393326 | + | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 19:17:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5389012 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2025 19:17:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5392109 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2025 19:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5400928 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2025 19:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5389232 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2025 19:17:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389016 | + | Email/Text: bankruptcy@sccompanies.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5389017 | + | Email/Text: bankruptcy@sccompanies.com | Oct 14 2025 19:17:00 | Swiss Colony, Inc. / Ginny's, PO Box 2825, 1112 7th Avenue, Monroe, WI 53566-1364 |
| | | | Oct 14 2025 19:17:00 | Swiss Colony, Inc. / Midnight Velve, PO Box 2825, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5389081 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2025 19:17:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5389018 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2025 19:17:02 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |
| 5389019 | + | Email/Text: anthony.mancuso@bnymellon.com | Oct 14 2025 19:17:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |
| 5389020 | | Email/PDF: bncnotices@becket-lee.com | Oct 14 2025 19:16:58 | Toyota Motor Credit Company, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5389021 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 14 2025 19:17:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Susquehanna East, Inc., 415 West Street, Quarryville, PA 17566 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5399511 | * | Toyota Motor Credit Corporation, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Marines | on behalf of Creditor Susquehanna East Inc. asm@rkglaw.com, mjg@rkglaw.com;dls@rkglaw.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com |

| | |
|---|---|
| | btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Marie Elaine Burns pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Marie Elaine Burns, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:21−bk−00230−HWV |

Social Security No.:
          xxx−xx−1969

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Marie Elaine Burns** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 14, 2025

**fnldec** (01/22)